UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRECIOUS OWUSU-BOATENG,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>KATHY A. BARAN, et al.,<br><br>　　　　　　　　Defendants. | Case No. 8:23-02462 JGB (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Civil Rights Complaint (Dkt. No. 1), Defendants' Motion to Dismiss (Dkt. No. 30), the opposing and reply papers, (Dkt. Nos. 32, 34), the Report and Recommendation of United States Magistrate Judge, (Dkt. No. 40) and Plaintiff's Objection to Report and Recommendation (Dkt. No. 41). The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections were made and overrules the objections. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Amended Report and Recommendation of United States Magistrate Judge is accepted, (Dkt. No. 40);

2. Defendants' Motion to Dismiss (Dkt. No. 30) is granted;

3. The case is dismissed without prejudice; and

4. Judgment is to be entered accordingly.

DATED: January 7, 2025

THE HONORABLE JESUS G. BERNAL
United States District Judge