JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRECIOUS OWUSU-BOATENG, | Case No. 8:23-02462 JGB (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| Kathy A. Baran, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed without prejudice.

DATED:   January 7, 2025

THE HONORABLE JESUS G. BERNAL
United States District Judge